TATE, J.

I concur in the denial. Louisiana jurisprudence has consistently barred successive injunctive suits by the same party to bar a judicial sale of the same property under the same judgment or order of seizure sale. See McMicken v. Morgan, 9 La.Ann. 208 (1854); Quarles v. Lewis, 226 La. 76, 75 So.2d 14 (1954). See also Slidell Bldg. etc. v. I. D. S. Mtg. Corp., 237 So.2d 923 (La.App. 1 Cir. 1970); Simon v. Broussard, 216 So.2d 668 (La.App. 3rd Cir. 1969).

DIXON, Justice.

I concur in the denial. Although there is no bar to successive injunction suits in sales under executory proceedings, the allegations of defects in this proceeding are not sufficient to support injunctive relief.

266 So.2d 213

William H. WRIGHT, Jr.

v.

MARK C. SMITH & SONS et al.

No. 52351.

Sept. 18, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

266 So.2d 213

William H. WRIGHT, Jr.

v.

MARK C. SMITH & SONS et al.

No. 52793.

Sept. 18, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.